UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREDERICK D. GLESSNER, JR.,

    Plaintiff,

v.                                                                    Case No. 2:20-cv-515-FtM-38NPM

GCA EDUCATION SERVICES, INC.
and ABM INDUSTRIES, INC.,

    Defendants.

## ORDER

Before the Court are the Unopposed Motion for Protective Order (Doc. 26) and the Unopposed Motion to Preserve Evidence (Doc. 27). In essence, the parties seek to make an agreed protective order and an agreed order to preserve evidence orders of the Court.

As set forth in the Pretrial and Discovery Plan, "litigants may stipulate within the confines of the Court's orders – to methods, procedures and extensions of time for discovery without Court intervention." (Doc. 13-1, p. 5-6). This standard case-management device also states: "Other than HIPAA protective or Rule 502(d) orders, the Court does not adopt or endorse confidentiality or other discovery agreements as protective orders, but the Court will enforce reasonable provisions of such agreements." (*Id.*, p. 3).

There is no need for the Court to endorse the agreed protective order or the agreed order to preserve evidence, and the Court discourages stipulated motions for protective orders. Accordingly, the Court denies the Unopposed Motion for Protective Order (Doc. 26) and the Unopposed Motion to Preserve Evidence (Doc. 27).

**DONE** and **ORDERED** in Fort Myers, Florida on December 28, 2020.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE